**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ERIN PATRICIA TOKASH, : No. 377 MAL 2016
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
JEFFREY LAWRENCE TOKASH, :
:
Petitioner :

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.

Justice Mundy did not participate in the consideration or decision of this matter.